# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# CIVIL MINUTES

**Case No.:** CV 05-460-PA **Date of Proceeding:** 11/3/05

**Case Title:** Hayden v Steele, et al.

**Presiding Judge:** Owen M. Panner **Courtroom Deputy:** Deborah DesJardins

**Reporter:** Dennis Grube **Tape No:**

**DOCKET ENTRY:**

Record of Hearing: Oral argument held. Defendants' Motion for Partial Summary Judgment (#17), taken under advisement.

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| David Park | Gerald Warren |

cc: { } All counsel

**DOCUMENT NO:**
**CIVIL MINUTES**

Civil Minutes                                                                 Honorable Owen M. Panner