# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 05-460-PA

**Date of Proceeding:** November 28, 2005

**Case Title:** Hayden v. Steele

**Presiding Judge:** Owen M. Panner

**Courtroom Deputy:** Deborah DesJardins (503-326-8291)

**DOCKET ENTRY:**
Record of order: defendants' motion for partial summary judgment (#17) is granted and plaintiff's motion for partial summary judgment (#24) is denied. See Gonzales v. Raich, 125 S. Ct. 2195, 2204, 2210 (2005).

| PLAINTIFF'S COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| David Park | Gerald Warren |

cc: { } All counsel
    { } Chambers

**DOCUMENT NO:** _____

Civil Minutes

Honorable Owen M. Panner